**Brian S. Aryai, CPA**
1471 Hidden Ct.
Tarpon Springs, FL 34689
Office: (516) 808-3120
Fax: (212) 590-6180
cpawizard@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/17

December 12, 2017

**BY HAND**
The Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States ex rel. Brian Aryai v. Skanska, et al.*,
            09 Civ. 5456 (LGS)

Dear Judge Schofield:

    I am the relator in the above-captioned *qui tam* action, which was unsealed on September 27, 2017. After approximately eight years of my original filing of the aforesaid action, the United States decided not to intervene. It is my understanding that the expiry date for the 90 day deadline for my service of complaints on the defendants is December 27, 2017. There is a status hearing scheduled for January 10, 2018, on this action.

    Since November 16, 2017, I have been without *qui tam* counsel and am currently actively seeking to retain new counsel to represent me. <u>I respectfully request a continuance and extension of the deadline for service of complaints on the defendants in this action through January 31, 2018.</u> I request this continuance in order to have sufficient time to retain new counsel.

    Thank you for your consideration in this matter.

Application GRANTED.  The initial pretrial conference is adjourned to February 21, 2018, at 10:30 a.m.

Dated: December 14, 2017
      New York, New York

Respectfully,

Brian S. Aryai

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**