UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

UNITED STATES OF AMERICA, ex. rel BRIAN ARYAI

Plaintiff/Relator,

**AFFIDAVIT OF SERVICE**

Civil Action No.: 09-cv-5456-LGS

v.

SKANSKA, TURNER CONSTRUCTION COMPANY, TISHMAN CONSTRUCTION CORPORATION, PLAZA CONSTRUCTION CORPORATION, BOVIS LEND LEASE LMB INC., TISHMAN/ WASHINGTON GROUP, TISHMAN/HARRIS, CM CONSORTIUM, PHOENIX CONSTRUCTORS, SLATTERY SKANSKA/EDWARDS & KELSEY DESIGN-BUILD, AND ABC CORPS INC. 1-100

Defendants,
-----------------------------------------------------------------------x

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK   SS:

NEIL COHEN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State; That on January 30th, 2018 at approximately 2:00 PM at 100 BROADWAY, NEW YORK, NY served this within (1) AMENDED COMPLAINT, (2) ORDER DATED OCTOBER 10, 2017 AND ORDER DATED DECEMBER 14, 2017 on CM CONSORTIUM (PARSONS).

**INDIVIDUAL**
1. ☐
by delivering a true copy of each to personally, deponent knew the person so served to be the person described as said DEFENDANT, who identified herself as said individual.

**CORPORATION**
2. X
a domestic corporation by delivering a true copy of each to CM CONSORTIUM (PARSONS), personally, deponent knew said corporation so served to be the corporation described in said as said DEFENDANT.

**SUITABLE AGE PERSON**
3. ☐
by delivering thereat a true copy of to a person of suitable age and discretion. Said premises is a dwelling place or usual place of abode within the state.

**AFFIXING TO DOOR**
4. ☐
by affixing a true copy of to the door of said premises, which is   actual --place of business-- dwelling house – place of abode within the state and with due diligence to find   or a person of suitable age and discretion thereat, having called thereon, on:

**OTHER**
5. X
by delivering a true copy of aforesaid documents leaving thereat personally with WANDA PHIPPS, who is duly authorized to accept thereof.

| | |
|---|---|
| **MAILING**<br>Use with 3 or 4<br>6. ☐ | I deposited in U.S. Mail a true copy of same properly enclosed and sealed in a post-paid wrapper addressed to                     at the aforementioned address, in an envelope marked Personal and Confidential, the address of defendant's dwelling place or usual place of abode. |
| **DESCRIPTION**<br>X | Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows: Female, Black, Black Hair, 5'3"-5'6", 120-140 lbs., 35-45 years of age. |
| **MILITARY**<br>**SERVICE**<br>☐ | I asked the person spoken to                     whether                     was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply.                     wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that                     is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal Statutes. |

Sworn to before me on February 12, 2018

_____
**Notary Public**

_____
**Neil Cohen**

MORSE GELLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GE6369226
Qualified in Nassau County
Commission Expires January 2, 2022