UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA *ex. rel.*
BRIAN ARYAI,

      Plaintiff/Relator,

against

SKANSKA, TURNER CONSTRUCTION
COMPANY; TISHMAN CONSTRUCTION
CORPORATION, PLAZA CONSTRUCTION
CORPORATION, BOVIS LEND LEASE LMB,
INC., TISHMAN/WASHINGTON GROUP,
TISHMAN/HARRIS, CM CONSORTIUM,
PHOENIX CONSTRUCTORS, SLATTERY
SKANSKA/EDWARDS & KELSEY
DESIGNBUILD, AND ABC CORPS., INC. 1-100,

      Defendants

------------------------------------------------------------- X

**09 Civ. 5456 (LGS)**

**Notice of Voluntary Dismissal of Bovis Lend Lease LMB, Inc. and Bovis Lend Lease LMB, Inc.'s Interest in Phoenix Constructors**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator Brian Aryai voluntarily dismisses Bovis Lend Lease LMB, Inc. ("Bovis") and Bovis' interest in Phoenix Constructors from the above captioned action, with prejudice.

February 14, 2018        */s/ Joshua L. Weiner*

                                Joseph G. Sconzo, Esq.
                                PGA Financial Plaza
                                3399 PGA Boulevard, Suite 180
                                Palm Beach Gardens, FL 33410
                                josephsconzolaw@gmail.com

                                Joshua L. Weiner, Esq.
                                BUDD LARNER, PC
                                1 50 John F. Kennedy Pkwy
                                Short Hills, NJ 07078
                                Tel: 973-379-4800
                                Fax: 973-379-7734
                                jweiner@buddlamer.com

                                                     Robert W. Sadowski
                                                     SADOWSKI KATZ LLP
                                                     830 3rd Avenue, 5th Floor
                                                     New York, New York  10022
                                                     Tel. (646) 503-5341
                                                     rsadowski@sadowskikatz.com

*Attorneys for Relator*