UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex. rel.
BRIAN ARYAI,

        Plaintiff/Relator,

against.

        Case No.: 1:09-cv-05456-LGS

SKANSKA, TURNER CONSTRUCTION
COMPANY; TISHMAN CONSTRUCTION
CORPORATION, PLAZA CONSTRUCTION
CORPORATION, BOVIS LEND LEASE LMB,
INC., TISHMAN/WASHINGTON GROUP,
TISHMAN/HARRIS, CM CONSORTIUM,
PHOENIX CONSTRUCTORS, SLATTERY
SKANSKA/EDWARDS & KELSEY DESIGN-
BUILD, AND ABC CORPS., INC. 1-100,

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, JOSEPH G. SCONZO, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel with JOSHUA LAWRENCE WEINER for BRIAN ARYAI, in the above captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF and to counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF on this 2nd day of February, 2018.

> LAW OFFICE OF JOSEPH G. SCONZO, P.A.
> 250 South Central Blvd, Suite 201
> Jupiter, Florida 33458
> Telephone: (561) 781-3000
> Facsimile: (561) 781-3000
> Primary Email: jgs@joesconzo.com
> Secondary Email: josephgsconzolaw@gmail.com
> By: **/S/ Joseph G. Sconzo**
> JOSEPH G. SCONZO, ESQUIRE
> Florida Bar No.: 0508720
> Attorney for Plaintiff/Relator