USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA *ex. rel.* :
BRIAN ARYAI, :
 :
      Plaintiff/Relator, :
 :
against :
 :
 : **09 Civ. 5456 (LGS)**
SKANSKA, TURNER CONSTRUCTION :
COMPANY; TISHMAN CONSTRUCTION : **Notice of Voluntary Dismissal**
CORPORATION, PLAZA CONSTRUCTION : **of Bovis Lend Lease LMB, Inc.**
CORPORATION, BOVIS LEND LEASE LMB, : **and Bovis Lend Lease LMB,**
INC., TISHMAN/WASHINGTON GROUP, : **Inc.'s Interest in Phoenix**
TISHMAN/HARRIS, CM CONSORTIUM, : **Constructors**
PHOENIX CONSTRUCTORS, SLATTERY :
SKANSKA/EDWARDS & KELSEY :
DESIGNBUILD, AND ABC CORPS., INC. 1-100, :
 :
      Defendants :
 :
-------------------------------------------------------------- X

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator Brian Aryai voluntarily dismisses Bovis Lend Lease LMB, Inc. ("Bovis") and Bovis' interest in Phoenix Constructors from the above captioned action, with prejudice.

      February 14, 2018           */s/ Joshua L. Weiner*

                                          Joseph G. Sconzo, Esq.
Dated: February 15, 2018         PGA Financial Plaza
      New York, New York         3399 PGA Boulevard, Suite 180
                                          Palm Beach Gardens, FL 33410
                                          josephsconzolaw@gmail.com

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

                                            Joshua L. Weiner, Esq.
                                            BUDD LARNER, PC
                                            1 50 John F. Kennedy Pkwy
                                            Short Hills, NJ 07078
                                            Tel: 973-379-4800
                                            Fax: 973-379-7734
                                            jweiner@buddlamer.com

                                                Robert W. Sadowski
SADOWSKI KATZ LLP
830 3rd Avenue, 5th Floor
New York, New York  10022
Tel. (646) 503-5341
rsadowski@sadowskikatz.com

*Attorneys for Relator*