UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel. BRIAN ARYAI,

                                  Plaintiff,

-against-

SKANSKA, et al.,

                                  Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/18

09 Civ. 5456 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated October 10, 2017, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for February 21, 2018, at 10:30 a.m.;

      WHEREAS, on February 12, 2018, Plaintiff filed affidavits (Docket Nos. 59-63) stating that Defendant Plaza Construction Corporation waived service on January 29, 2018, and Defendants Turner Construction Company, Tishman Construction Corporation, CM Consortium and Skanska were served on January 30, 2018;

      WHEREAS, Defendants have not appeared in this case;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **February 19, 2018**, at **noon**, and shall explain why they have not complied with the Court's deadlines.  If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall

prepare and file them.  It is further

      **ORDERED** that Plaintiff shall serve a copy of this Order on Defendants.

Dated: February 15, 2018
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**