UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. BRIAN ARYAI,<br><br>                             Plaintiff/Relator,<br><br>      against<br><br>SKANSKA, TURNER CONSTRUCTION COMPANY, TISHMAN CONSTRUCTION CORPORATION, PLAZA CONSTRUCTION CORPORATION, BOVIS LEND LEASE LMB, INC., TISHMAN/WASHINGTON GROUP, TISHMAN/HARRIS, CM CONSORTIUM, PHOENIX CONSTRUCTORS, SLATTERY SKANSKA/EDWARDS & KELSEY DESIGN-BUILD, AND ABC CORPS., INC. 1-100,<br><br>                             Defendants. | Civil Action No. 09-cv-5456-LGS<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Tishman Construction Corporation. I certify that I am admitted to practice in this court.

Dated: New York, New York
         February 15, 2018

Respectfully submitted,

/s/ Boyd M. Johnson III
Boyd M. Johnson III
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8862
Fax: (212) 230-8888
Email: boyd.johnson@wilmerhale.com

*Attorneys for Defendant*
*Tishman Construction Corporation*