UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. BRIAN ARYAI,<br><br>      Plaintiff/Relator,<br><br>  against<br><br>SKANSKA, TURNER CONSTRUCTION COMPANY, TISHMAN CONSTRUCTION CORPORATION, PLAZA CONSTRUCTION CORPORATION, BOVIS LEND LEASE LMB, INC., TISHMAN/WASHINGTON GROUP, TISHMAN/HARRIS, CM CONSORTIUM, PHOENIX CONSTRUCTORS, SLATTERY SKANSKA/EDWARDS & KELSEY DESIGN-BUILD, AND ABC CORPS., INC. 1-100,<br><br>      Defendants. | Civil Action No. 09-cv-5456-LGS<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant Tishman Construction Corporation.  I certify that I am admitted to practice in this court.

Dated: New York, New York
   February 15, 2018

Respectfully submitted,

/s/ Hallie B. Levin
Hallie B. Levin
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6710
Fax: (212) 230-8888
Email:  hallie.levin@wilmerhale.com

*Attorneys for Defendant*
*Tishman Construction Corporation*