WILMERHALE

February 15, 2018

**Boyd M. Johnson III**

+1 212 230 8862 (t)
+1 212 230 8888 (f)
boyd.johnson@wilmerhale.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>United States ex. rel. Aryai v. Skanska, et al.</u>, Civil Action No. 09-cv-5456 (LGS)

Dear Judge Schofield,

      In accordance with Rule I.B.2 of this Court's Individual Practices, Defendant Tishman Construction Corporation ("Tishman") respectfully submits this letter motion on consent requesting that Tishman's time to respond to Plaintiff's Amended Complaint be extended from February 20, 2018 to April 10, 2018. Tishman has not previously sought to extend this deadline and Plaintiff's counsel consents to this motion. Tishman requests the extension in order to afford it sufficient time to assess the allegations of the Amended Complaint. We have also just seen the Order issued by Your Honor regarding a case management plan and are in communication with Plaintiff's counsel regarding the same. We apologize for any inconvenience to the Court.

      Respectfully submitted,

By: /s/ Boyd M. Johnson III
Boyd M. Johnson III
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8862
Fax: (212) 230-8888
boyd.johnson@wilmerhale.com

*Attorneys for Defendant
Tishman Construction Corporation*

cc: All Counsel of Record (via ECF)