AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| USA ex rel Brian Aryai | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 09 cv 05456 (LGS) |
| Skanska et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Aryai.

Date:   02/16/2018

s/ Robert W. Sadowski
*Attorney's signature*

Robert W. Sadowski 2023794
*Printed name and bar number*

Sadowski Katz LLP
830 Third Ave, Fifth Floor
New York, N.Y. 10022

*Address*

rsadowski@sadowskikatz.com
*E-mail address*

(646) 503-5341
*Telephone number*

(646) 503-5348
*FAX number*