USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/18

February 15, 2018

**Boyd M. Johnson III**

+1 212 230 8862 (t)
+1 212 230 8888 (f)
boyd.johnson@wilmerhale.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States ex. rel. Aryai v. Skanska, et al.*, Civil Action No. 09-cv-5456 (LGS)

Dear Judge Schofield,

       In accordance with Rule I.B.2 of this Court's Individual Practices, Defendant Tishman
Construction Corporation ("Tishman") respectfully submits this letter motion on consent
requesting that Tishman's time to respond to Plaintiff's Amended Complaint be extended from
February 20, 2018 to April 10, 2018.  Tishman has not previously sought to extend this deadline
and Plaintiff's counsel consents to this motion.  Tishman requests the extension in order to afford
it sufficient time to assess the allegations of the Amended Complaint.  We have also just seen the
Order issued by Your Honor regarding a case management plan and are in communication with
Plaintiff's counsel regarding the same.  We apologize for any inconvenience to the Court.

                                          Respectfully submitted,


                                          By: /s/ Boyd M. Johnson III
                                          Boyd M. Johnson III
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, New York 10007
                                          Tel: (212) 230-8862
                                          Fax: (212) 230-8888
                                          boyd.johnson@wilmerhale.com

                                          *Attorneys for Defendant*
                                          *Tishman Construction Corporation*

Application GRANTED in part.  The deadline to respond to the complaint is extended to March 20, 2018.

Dated: February 16, 2018
   New York, New York

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade C
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    L

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**