USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA ex.
rel. BRIAN ARYAI,

    Plaintiff/Relator,

    against

SKANSKA, TURNER CONSTRUCTION
COMPANY, TISHMAN CONSTRUCTION
CORPORATION, PLAZA CONSTRUCTION
CORPORATION, BOVIS LEND LEASE,
LBM, INC., TISHMAN/WASHINGTON
GROUP, TISHMAN/HARRIS, CM
CONSORTIUM, PHOENIX
CONSTRUCTORS, SLATTERY
SKANSKA/EDWARDS & KELSEY
DESIGN-BUILD, AND ABC CORPS.,
INC. 1-100,

    Defendants.

Case No. 09-cv-5456

---

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules for the United States District Court of the Southern District of New York, Diane E. Sammons, a partner with the law firm of Nagel Rice, LLP, attorneys for Plaintiff United States of America ex. rel. Brian Aryai, hereby withdraws as attorney of record as new counsel, Joshua L. Weiner, Esq. of Budd Larner P.C., has substituted in and filed an appearance as counsel of record. I

hereby request that my name and email address be removed from the case's official docket.

Dated: February 14, 2018                    Respectfully submitted,

                                            **NAGEL RICE, LLP**

                                            By: _____
                                                Diane E. Sammons (DES-9029)

                                            NAGEL RICE, LLP
                                            230 PARK AVENUE
                                            NEW YORK, NY 10169
                                            212-551-1465

                                                    - AND -

                                            NAGEL RICE, LLP
                                            103 EISENHOWER PARKWAY
                                            ROSELAND, NJ  07068
                                            973-618-0400
                                            dsammons@nagelrice.com


**IT IS SO ORDERED.**

Dated: February 16, 2018
       New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE