UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA ex. rel. : Civ. A. No. 09-cv-5456-LGS
BRIAN ARYAI, :
:
                Plaintiff/Relator, :
:
   - against - : **NOTICE OF APPEARANCE**
:
SKANSKA, TURNER CONSTRUCTION COMPANY, :
TISHMAN CONSTRUCTION CORPORATION, :
PLAZA CONSTRUCTION CORPORATION, BOVIS :
LEND LEASE LMB, INC., TISHMAN/
WASHINGTON GROUP, TISHMAN/HARRIS, CM :
CONSORTIUM, PHOENIX CONSTRUCTORS, :
SLATTERY SKANSKA/EDWARDS & KELSEY
DESIGN-BUILD, AND ABC CORPS., INC. 1-100, :
:
                Defendants. :
:
------------------------------------------------------------------ x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Plaza Construction Corporation. I certify that I am admitted to practice in this court.

Dated: New York, New York
        February 16, 2018           Respectfully submitted,

                                           /s/ Kenneth M. Breen
                                   Kenneth M. Breen
                                   Paul Hastings LLP
                                   200 Park Avenue
                                   New York, New York 10016
                                   Tel:  (212) 318-6000
                                   Email:  kennethbreen@paulhastings.com

                                   *Attorneys for Defendant*
                                   *Plaza Construction Corporation*