UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA ex. rel.
BRIAN ARYAI,

                Plaintiff/Relator,

   - against -

SKANSKA, TURNER CONSTRUCTION COMPANY,
TISHMAN CONSTRUCTION CORPORATION,
PLAZA CONSTRUCTION CORPORATION, BOVIS
LEND LEASE LMB, INC., TISHMAN/
WASHINGTON GROUP, TISHMAN/HARRIS, CM
CONSORTIUM, PHOENIX CONSTRUCTORS,
SLATTERY SKANSKA/EDWARDS & KELSEY
DESIGN-BUILD, AND ABC CORPS., INC. 1-100,

                Defendants.

------------------------------------------------------------------ x

Civ. A. No. 09-cv-5456-LGS

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Plaza Construction Corporation. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 16, 2018

                              Respectfully submitted,

                              /s/ Inna Coleman
                            Inna Coleman
                            Paul Hastings LLP
                            200 Park Avenue
                            New York, New York 10016
                            Tel:  (212) 318-6000
                            Email:  innacoleman@paulhastings.com

                            *Attorneys for Defendant*
                            *Plaza Construction Corporation*