UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES ex rel. BRIAN ARYAI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SKANSKA, et al., <br><br> Defendants. | Case No. 1:09-cv-05456-LGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Clifford Thau, who is admitted to practice in this Court, respectfully enters his appearance as Counsel for Parsons Transportation Group and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: February 18, 2018

VINSON & ELKINS LLP

  /s/ *Clifford Thau*
Clifford Thau
666 Fifth Avenue, 26th Floor
New York, NY 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
Email: cthau@velaw.com

Counsel for
Parsons Transportation Group