**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES ex rel. BRIAN ARYAI, et
al.,

                    Plaintiffs,

     v.

SKANSKA, et al.,

                    Defendants.

Case No. 1:09-cv-05456-LGS

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marisa Antos-Fallon, who is admitted to practice in this

Court, respectfully enters her appearance as counsel for Parsons Transportation Group and requests

that copies of all future pleadings, filings, notices, correspondence, and other papers be served

upon her.

Dated: February 18, 2017

VINSON & ELKINS LLP

   /s/ Marisa Antos-Fallon
Marisa Antos-Fallon
666 Fifth Avenue, 26th Floor
New York, NY 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0100

*Counsel for Parsons Transportation Group*