UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2018
```

UNITED STATES OF AMERICA ex rel. Brian Arai,

                       Plaintiffs,

              -against-

SKANSKA, et al.,

                       Defendants.

------------------------------------------------------------X

09 Civ. 5456 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, for reasons stated at the conference held on February 21, 2018, it is hereby

      **ORDERED** that **by March 21, 2018**, Defendants shall file pre-motion letters addressing their anticipated motions to dismiss and Relator's anticipated motion for summary judgment. Similarly situated Defendants shall file joint letters. The letters shall not exceed three pages plus an additional two pages per each Defendant over one (i.e. a 5-page letter for two Defendants, 7-page letter for three, etc.).

      **ORDERED** that **by April 11, 2018**, Relator shall file a letter in response, and shall state whether Relator seeks leave to replead or will rest on the current Complaint. This letter shall not exceed the total number of pages of Defendants' letters collectively.

      **ORDERED** that **on April 26, 2018, at 11:00 A.M.**, a pre-motion conference will be held.

      **ORDERED** that the deadline to answer or otherwise respond to the Complaint is adjourned sine die.

      **ORDERED** that the discovery is stayed.

Dated: February 21, 2018
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**