UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN ARYAI,<br><br>                          Plaintiff/Relator,<br><br>v.<br><br>SKANSKA, TURNER CONSTRUCTION COMPANY, TISHMAN CONSTRUCTION CORPORATION, PLAZA CONSTRUCTION CORPORATION, BOVIS LEND LEASE LMB, INC., TISHMAN/WASHINGTON GROUP, TISHMAN/HARRIS, CM CONSORTIUM, PHOENIX CONSTRUCTORS, SLATTERY SKANSKA/EDWARDS & KELSEY DESIGN-BUILD, AND ABC CORPS., INC. 1-100,<br><br>                          Defendants. | Civil Action No. 09-cv-5456-LGS<br><br>**NOTICE OF APPEARANCE<br>OF BRUCE D. MELLER** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned, Bruce D. Meller, hereby enters an appearance in the above-captioned action as attorney for the Defendants Skanska and Turner Construction Company. I certify that I am admitted to practice in this Court.

Copies of all papers in these proceedings shall be served upon him at the offices of Peckar & Abramson, PC, 70 Grand Avenue, River Edge, New Jersey 07661 and electronically at bmeller@pecklaw.com.

Dated: February 21, 2018

                                                  Bruce D. Meller (BDM-8595)
                                                  PECKAR & ABRAMSON, P.C.
                                                  70 Grand Avenue

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

River Edge, New Jersey  07661
Tel: (201) 343-3434
*Attorneys for Defendants Skanska & Turner Construction Company*

By:  S/ BRUCE D. MELLER
      BRUCE D. MELLER (BDM-8595)

3912072_1

LAW OFFICES

Peckar &
Abramson
A Professional Corporation