UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
UNITED STATES OF AMERICA ex. rel.   :   Civ. A. No. 09-cv-5456-LGS
BRIAN ARYAI,                        :
                                    :
                Plaintiff/Relator,   :
                                    :
    - against -                    :   **NOTICE OF APPEARANCE**
                                    :
SKANSKA, TURNER CONSTRUCTION COMPANY, :
TISHMAN CONSTRUCTION CORPORATION,   :
PLAZA CONSTRUCTION CORPORATION, BOVIS :
LEND LEASE LMB, INC., TISHMAN/       :
WASHINGTON GROUP, TISHMAN/HARRIS, CM :
CONSORTIUM, PHOENIX CONSTRUCTORS,   :
SLATTERY SKANSKA/EDWARDS & KELSEY   :
DESIGN-BUILD, AND ABC CORPS., INC. 1-100, :
                                    :
                Defendants.         :
                                    :
------------------------------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Plaza Construction Corporation. I certify that I am admitted to practice in this court.

Dated:  New York, New York
        March 20, 2018         Respectfully submitted,

                                          /s/ Shahzeb Lari
                                 Shahzeb Lari
                                 Paul Hastings LLP
                                 200 Park Avenue
                                 New York, New York 10016
                                 Tel:  (212) 318-6000
                                 Email:  shahzeblari@paulhastings.com

                                 *Attorneys for Defendant*
                                 *Plaza Construction Corporation*