USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES ex rel. BRIAN ARYAI, <br><br> Plaintiffs, <br><br> v. <br><br> SKANSKA, et al., <br><br> Defendants. | Case No. 09-cv-05456 (LGS) |

### NOTICE OF DISMISSAL AS TO DEFENDANT CM CONSORTIUM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff United States ex rel. Brian Aryai hereby dismisses with prejudice the above captioned action against Defendant CM Consortium.

Dated: March 20, 2018

Dated: March 22, 2018
New York, New York

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

By: */s/ JOSEPH G. SCONZO*
Joseph G. Sconzo, Esq.
PGA Financial Plaza
3399 PGA Boulevard, Suite 180
Palm Beach Gardens, FL 33410
Josephsconzolaw@gmail.com

Joshua L. Weiner, Esq.
BUDD LARNER, PC
1 50 John F. Kennedy Pkwy
Short Hills, NJ 07078
Tel: 973-379-4800
Fax: 973-379-7734
jweiner@buddlarner.com

Robert W. Sadowski, Esq.
SADOWSKI KATZ LLP
830 3rd Avenue, 5th Floor
New York, New York 10022
Tel: (646) 503-5341
rsadowski@sadowskikatz.com

*Attorneys for Plaintiff- Relator*