AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. BRIAN ARYAI,<br><br>*Plaintiff(s)*<br>v.<br>SKANSKA, TURNER CONSTRUCTION COMPANY; TISHMAN CONSTRUCTION CORPORATION, et al.,<br><br>*Defendant(s)* | Civil Action No. 09-cv-5456-LGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hunter Roberts Construction Group
55 Water St
New York, NY 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert W. Sadowski              Joshua Lawrence Weiner                      Joseph G Sconzo
Sadowski Katz LLP               Law Offices of Weiner & Weiner, LLC      Kaplan Sconzo
830 Third Ave, Fifth Fl          60 Washington Street                            3399 Pga Boulevard Suite 150
New York, N.Y. 10022          Morristown, nj 07960                           Palm Beach Gardens, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____
                                                                                             *Signature of Clerk or Deputy Clerk*