AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | ) |
|---|---|
| UNITED STATES OF AMERICA ex. rel. BRIAN ARYAI, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No.  09-cv-5456-LGS |
| SKANSKA, TURNER CONSTRUCTION COMPANY; TISHMAN CONSTRUCTION CORPORATION, et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hunter Roberts Construction Group
55 Water St
New York, NY 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Robert W. Sadowski | Joshua Lawrence Weiner | Joseph G Sconzo |
|---|---|---|
| Sadowski Katz LLP | Law Offices of Weiner & Weiner, LLC | Kaplan Sconzo |
| 830 Third Ave, Fifth Fl | 60 Washington Street | 3399 Pga Boulevard Suite 150 |
| New York, N.Y. 10022 | Morristown, nj 07960 | Palm Beach Gardens, FL 33410 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/13/2018

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

